UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCOTT MITCHELL,

    Plaintiff,

v.                                     CASE No. 8:15-CV-2603-T-23TGW

MARY CATHERINE HUNT,
*et al.*,

    Defendants.

_____

## REPORT AND RECOMMENDATION

The plaintiff has filed a Motion for Preliminary Injunction (Doc. 20), seeking a preliminary injunction to enjoin the defendants from conducting various money transactions. The matter was referred to me for a report and recommendation (Doc. 31). Thereafter, a hearing was scheduled regarding the plaintiff's motion (Doc. 32). Prior to the hearing, the parties filed a Stipulation for Preliminary Injunction (Doc. 37). Because the parties have reached an agreement with respect to the plaintiff's motion, I recommend that a preliminary injunction be entered immediately as set forth in the parties' Stipulation for Preliminary Injunction (see id.).

Respectfully submitted,

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: February 23, 2016

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. 11th Cir. R. 3-1.